```
                                                      FILED
                                                 U.S. DISTRICT COURT
                                               EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

2000 APR 10 P 1: 12

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JOANN RACHEL JORDAN INDIVIDUALLY AND AS TUTRIX OF THE MINOR CHILD, NICOLE EUGENIE GOODRICH | * * * | CIVIL ACTION<br><br>NO. 00-383 |
| VERSUS | | |
| LAWRENCE W. VINCENT, ROSA VINCENT AND NATIONWIDE INSURANCE COMPANY FRANKLIN INSURANCE COMPANY | * * | SEC. L MAG. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

FILED: _____     _____
                                      DEPUTY CLERK

## MOTION TO ENROLL AS COUNSEL
## OF RECORD AND DESIGNATE TRIAL ATTORNEY

NOW INTO COURT, through undersigned counsel comes plaintiff, Joann Rachel Jordan Individually and as Tutrix of the Minor Child, Nicole Eugenie, who represents that we answer for and respectfully requests that Mark M. Gonzalez be enrolled as additional counsel of records and designated trial attorney. Trial has been set for February 5, 2001.

DATE OF ENTRY

APR 12 2000

RESPECTFULLY SUBMITTED,

SCHEUERMANN AND JONES
Attorneys for Plaintiff
210 Baronne Street, Suite 1800
New Orleans, Louisiana 70112
Phone: (504) 525-4361

By: _____
ARHTEL J. SCHEUERMANN
Bar Roll Number 11766

**CERTIFICATE OF SERVICE**
I certify a copy of this Pleading was served by mail upon all Counsel of Record.

_____
Attorney at Law

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANN RACHEL JORDAN INDIVIDUALLY AND AS TUTRIX OF THE MINOR CHILD, NICOLE EUGENIE GOODRICH | * * * | CIVIL ACTION NO. 00-383 |
| VERSUS | | |
| LAWRENCE W. VINCENT, ROSA VINCENT AND NATIONWIDE INSURANCE COMPANY FRANKLIN INSURANCE COMPANY | * * | SEC. L MAG. 1 |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Motion to Enroll Additional Counsel and Designate Trial Attorney:

IT IS HEREBY ORDERED that said Motion is granted and Mark M. Gonzalez shall be enrolled as additional counsel of records and designated trial attorney.

New Orleans, Louisiana, this 12 day of April, 2000.

_____
DISTRICT JUDGE