UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DIST. OF LA.

2000 MAY 17 P 1: 55

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JOANN RACHEL JORDAN INDIVIDUALLY AND AS TUTRIX OF THE MINOR CHILD, NICOLE EUGENIE GOODRICH | CIVIL ACTION<br><br>NO. 00-0383<br><br>SECTION "L" |
| VERSUS | |
| LAWRENCE W. VINCENT, ROSA VINCENT AND NATIONWIDE INSURANCE COMPANY | MAGISTRATE: 1 |

FILED: _____     _____
                                    DEPUTY CLERK

### UNOPPOSED MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs, who, respectfully requests that this Court grant this Motion to Dismiss Without Prejudice any and all claims, causes of action, etc. against defendant, **ROSA VINCENT**, reserving any and all rights against all other persons, parties, etc., and Order this case be dismissed against said party only.

Respectfully submitted,

Mark M. Gonzalez, B.R. 14299
Arthel J. Scheurmann, B.R. 11766
**SCHEUERMANN & JONES**
210 Baronne Street, Suite 1800
New Orleans, Louisiana 70112
(504) 525-4361 FAX: 525-4380

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ___ day of _____ 2000 served a copy of the foregoing pleading on counsel for all parties by depositing same in the U.S. mail, properly addressed and first class postage prepaid.

DATE OF ENTRY
MAY 1 9 2000



Fee_____
Process___
X/Dktd___
✓ CtRmDep___
Doc.No.___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANN RACHEL JORDAN INDIVIDUALLY AND AS TUTRIX OF THE MINOR CHILD, NICOLE EUGENIE GOODRICH | * * * * | CIVIL ACTION<br>NO. 00-0383<br>SECTION "L" |
| VERSUS | * * | MAGISTRATE: 1 |
| LAWRENCE W. VINCENT, ROSA VINCENT AND NATIONWIDE INSURANCE COMPANY | * * * | |

FILED: _____     _____
                                                        DEPUTY CLERK

## ORDER

CONSIDERING THE ABOVE MOTION TO DISMISS,

IT IS HEREBY ORDERED, that the above titled and numbered case is HEREBY DISMISSED without prejudice as to the defendant, ROSA VINCENT, only, reserving to plaintiffs any and all rights, claims, causes of action, etc. as to any and all other persons, parties, etc., each party to bear their own costs.

New Orleans, Louisiana this 17 day of May, 2000.

_____
Honorable Eldon E. Fallon, Judge, Section "L"
United States District Court