MINUTE ENTRY
FALLON, J.
May 17, 2000

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANN RACHEL JORDAN | * | CIVIL ACTION |
| VERSUS | * | NO. 00-383 |
| LAWRENCE W. VINCENT, ET AL. | * | SECTION "L" (1) |

A status conference was held this date at 1:30 p.m. in the chambers of Judge Eldon E. Fallon. In attendance were Mark Gonzalez for the plaintiff and Jack Emile Chappuis, Jr. for the defendant. Counsel are confident that the case will be ready for trial on the date which was selected by counsel at the preliminary conference, and the Court indicated that the trial date will be enforced.

IT IS ORDERED that counsel for the plaintiff contact the United States Magistrate Judge assigned to this matter to schedule mutually acceptable dates for a settlement conference to be held within 90 days.

cc:   United States Magistrate Judge Sally Shushan

DATE OF ENTRY
MAY 19 2000