

**MINUTE ENTRY
SHUSHAN, M.J.
OCTOBER 26, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANN RACHEL JORDAN, ETC. | CIVIL ACTION |
| versus | NUMBER 00-0383 |
| LAWRENCE W. VINCENT, ET AL. | SECTION "L" (1) |

A settlement conference is scheduled in the above-captioned case on Thursday, November 30, 2000 at 2:30 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

On or before **November 28, 2000,** each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. The letter/memorandum **may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

SALLY SHUSHAN
**UNITED STATES MAGISTRATE JUDGE**

DATE OF ENTRY
OCT 2 7 2000

