MINUTE ENTRY
FALLON, J.
November 21, 2000



## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANN RACHEL JORDAN | * | CIVIL ACTION |
| VERSUS | * | NO. 00-383 |
| LAWRENCE W. VINCENT, ET AL. | * | SECTION "L" (1) |

IT IS ORDERED that plaintiff's motion to modify pre-trial scheduling order to extend deadline for final expert reports is referred to the United States Magistrate Judge for review and disposition.



DATE OF ENTRY
NOV 2 2 2000

cc: United States Magistrate Judge Sally Shushan

___Fee___
___Process___
_X_ Dktd___
___CtRmDep___
Doc.No.___