FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 29 AM 11: 24
NOV 29 2000
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANN RACHEL JORDAN, ET AL | CIVIL ACTION |
| Versus | NO. 00-0383 |
| LAWRENCE W. VINCENT, ET AL | SECTION "L" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that Plaintiff's claims are hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. During this sixty day period the Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 29th day of November, 1998.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
NOV 29 2000