


MINUTE ENTRY
SHUSHAN, M.J.
NOVEMBER 29, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANN RACHEL JORDAN | CIVIL ACTION |
| VERSUS | NO: 00-0383 |
| LAWRENCE W. VINCENT, ET AL | SECTION: "L"(1) |

### HEARING ON MOTION

APPEARANCES:   Submitted on briefs

MOTION:   MOTION OF PLAINTIFF TO EXTEND DEADLINE FOR FINAL EXPERT REPORTS

**DENIED AS MOOT**

The plaintiff, Joann Rachel Jordan ("Jordan"), filed a motion to modify the pre-trial scheduling order to extend the deadline for final expert reports. Rec. doc. 12. The motion was noticed for hearing on November 22, 2000, before United States District Judge Fallon. On November 21, 2000, Judge Fallon referred the motion to the undersigned for review and disposition. Rec. doc. 16. On November 28, 2000, counsel for the parties notified the undersigned that the case

DATE OF ENTRY
NOV 3 0 2000



was settled. A sixty day dismissal order was entered.

It is ORDERED that the motion of Jordan to extend the deadline for final expert reports is DENIED AS MOOT.

                                                SALLY SHUSHAN
                                                United States Magistrate Judge

```
___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep___
    Doc.No.___
```