**COPY IN CHAMBERS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 JAN 29 PM 12: 45
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JOANN RACHEL JORDAN INDIVIDUALLY AND AS TUTRIX OF THE MINOR CHILD, NICOLE EUGENIE GOODRICH | * * * * | CIVIL ACTION NO. 00-0383 |
| VERSUS | * * | SECTION "L" |
| LAWRENCE W. VINCENT, ET AL | * * | MAGISTRATE: 1 |

FILED: _____     _____
                                                              DEPUTY CLERK

### CONSENT MOTION TO EXTEND TIME TO CONSUMMATE SETTLEMENT RE-SETTING ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, comes the plaintiff, JOANN RACHEL JORDAN, who, respectfully requests that the November 29, 2000 "Sixty Day" Order of Dismissal in this case be re-set and extended and that additional time, FORTY FIVE DAYS, **to MARCH 15, 2001**, be afforded the parties in order to allow them additional time in which to consummate the settlement herein. Efforts toward consummation have been under way - but additional time became necessary. Plaintiff agrees to extending the deadline, interest free, to March 15, 2001, expecting full payment to be made within that time. Counsel for defendants, Jack E. Chappuis, Jr., Esq., Law Office of **RAYMOND P. AUGUSTIN, JR.** has consented to this Motion.

Respectfully submitted,

[signature]

Arthel J. Scheuermann, B.R. 11766
Mark M. Gonzalez, B.R. 14299
210 Baronne Street, Suite 1800
New Orleans, Louisiana 70112
(504) 525-4361 FAX: 525-4380
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ___25___ day of _____ 2001 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

[signature]

DATE OF ENTRY
JAN 30 2001

Fee_____
Process___
X/Dktd____
___CtRmDep___
Doc.No. 19

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANN RACHEL JORDAN INDIVIDUALLY AND AS TUTRIX OF THE MINOR CHILD, NICOLE EUGENIE GOODRICH | * * * * * | CIVIL ACTION<br><br>NO. 00-0383<br><br>SECTION "L" |
| VERSUS | * * | |
| LAWRENCE W. VINCENT, ET AL | * | MAGISTRATE: 1 |

FILED: _____    _____
                                                                    DEPUTY CLERK

## ORDER

Considering the Consent Motion to Re-set the Order of Dismissal, and finding good cause,

IT IS HEREBY ORDERED that the Order of Dismissal in the above captioned case is hereby amended, extending the time for defendants to consummate settlement and plaintiff's time in which to seek summary judgment enforcing the compromise it is not consummated by **MARCH 15, 2001.**

New Orleans, Louisiana this ___30___ day of __Jan__, 2001.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE