UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 25  PM 12: 36
     MAY 2 5 2001
   LORETTA G. WHYTE
        CLERK
```

| | |
|---|---|
| JOANN RACHEL JORDAN, INDIVIDUALLY AND AS TUTRIX OF THE MINOR CHILD, NICOLE EUGENIE GOODRICH | * CIVIL ACTION NO. 00-0383 |
| | * SECTION " L " |
| | * MAGISTRATE: 1 |
| VERSUS | * |
| LAWRENCE W. VINCENT, ROSA VINCENT AND NATIONWIDE INSURANCE COMPANY | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR JUDGMENT OF FINAL DISMISSAL WITH PREJUDICE

On motion of plaintiff, Joann Jordan, individually and as tutrix of the minor child, Nicole Eugenie Goodrich, through undersigned counsel, and on suggesting to the Court that the above-entitled and numbered suit has been compromised and settled in full, and that this cause should be dismissed, with prejudice;

Respectfully Submitted,

_____
Arthel J. Scheuermann, Esq. (#11766)
Scheuermann & Jones
210 Baronne St., Suite 1800
New Orleans, LA 70112
(504) 525-4361
Counsel for Plaintiff

DATE OF ENTRY
MAY 3 0 2001

CERTIFICATE OF SERVICE
I certify a copy of this Pleading was served by mail upon all Counsel of Record

_____
Attorney at Law

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANN RACHEL JORDAN, | * | CIVIL ACTION NO. 00-0383 |
| INDIVIDUALLY AND AS TUTRIX | * | |
| OF THE MINOR CHILD, NICOLE | * | SECTION " L " |
| EUGENIE GOODRICH | * | |
| | * | MAGISTRATE: 1 |
| VERSUS | * | |
| | * | |
| LAWRENCE W. VINCENT, ROSA | * | |
| VINCENT AND NATIONWIDE | * | |
| INSURANCE COMPANY | * | |
| | * | |

* * * * * * * * * * * * * * * * *

### JUDGMENT

CONSIDERING THE FOREGOING MOTION:

**IT IS ORDERED** that the above-entitled and numbered cause be and the same hereby is dismissed, with prejudice.

New Orleans, Louisiana, this 29 day of May ,2001.

_____
JUDGE, U.S. District Court

CERTIFICATE OF SERVICE
I certify a cop. f t... Pl... a. serve by mail upon
all Counsel of Record
_____
Attorney at Law